**ERIKA M. NICOLALDE (SBN 225052)**
LIBERTY LAWYERS
1094 CUDAHY PLACE, SUITE 308
SAN DIEGO, CA 92110
PHONE: (619) 236-3400
FAX: (619) 236-3480

ATTORNEYS FOR DEFENDANT
**DANIEL PRECIADO**

FILED
MAY - 8 2008
CL... SOUTH... BY ... MB ...RT ...FORNIA ...EPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. MAJORS)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff | **CASE NO.: 08-MJ-1155** |
| v. | **SUBSTITUTION OF ATTORNEY** |
| **DANIEL PRECIADO** Defendant. | |

The Defendant in the above-referenced matter, DANIEL PRECIADO, hereby substitutes ERIKA M. NICOLALDE, as his attorney of record for all matters pertaining to the above-entitled action in the place and stead of CHARLES GUTHRIE.

DATED: 05-05-08

DANIEL PRECIADO

I consent to this substitution:

DATED: 5/6/08

ERIKA M. NICOLALDE

I consent to this substitution:

DATED: 5/8/08

CHARLES GUTHRIE