Erika M. Nicolalde (SBN: 225052)
Thomas P. Matthews (SBN: 163089)
Liberty Lawyers
1094 Cudahy Place Suite 308
San Diego, CA 92110
Phone: (619) 236-3400
Fax: (619) 236-3480

Attorney for Defendant
**DANIEL PRECIADO**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(HONORABLE JUDGE LARRY A. BURNS)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **DANIEL PRECIADO,** Defendant | Criminal Case No.: 08-CR-1456-LAB<br><br>**CERTIFICATE OF SERVICE** |

Counsel for Defendant Daniel Preciado certifies that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR: efile.dkt.gc2@usdoj.gov

Tamara D. DeHaan: dehaanesq@cox.net

Elizabeth M. Barros: Elizabeth_barros@fd.org

Randy Jones: Randy.Jones2@usdoj.gov

Dated: May 28, 2008

Respectfully Submitted,

/s/ Erika M. Nicolalde
Erika M. Nicolalde enicolalde@libertylawyers.com
Attorney for Defendant Daniel Preciado