**Erika M. Nicolalde (SBN 225052)**
**Thomas P. Matthews (SBN 163089)**
Liberty Lawyers
1094 Cudahy Place Suite 308
San Diego, CA 92110

Attorney for Defendant
**DANIEL PRECIADO**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. LARRY A. BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KERMIT PEREDA-REBOLLA<br>**DANIEL PRECIADO,** | ) | **No. 08-CR-1456-LAB**<br><br>**DEFENDANT DANIEL PRECIADO'S NOTICE OF JOINDER AND JOINDER IN CO-DEFENDANT'S MOTION TO SUPPRESS; DECLARATION OF DANIEL PRECIADO ATTACHED HERETO** |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND RANDY JONES, ASSISTANT UNITED STATES ATTORNEY:

Defendent, **DANIEL PRECIADO**, by and through his attorney, Erika M. Nicolalde, hereby moves the Court to allow him to join in co-defendant Kermit Pereda-Rebolla's motion to suppress statements under the fourth amendment. Motion hearing is currently scheduled for July 21, 2008 at 2:00 p.m., before the Honorable Larry A. Burns. A oral joinder request was also made at Mr. Preciado's last hearing on June 16, 2008.

Respectfully submitted,

Dated: June 30, 2008

/s/ Erika M. Nicolalde
Erika M. Nicolalde
Attorney for **DANIEL PRECIADO**