Erika M. Nicolalde (SBN: 225052)
Thomas P. Matthews (SBN: 163089)
Liberty Lawyers
1094 Cudahy Place Suite 308
San Diego, CA 92110
Phone: (619) 236-3400
Fax: (619) 236-3480

Attorney for Defendant
**DANIEL PRECIADO**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(HONORABLE JUDGE LARRY A. BURNS)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>vs.<br>**DANIEL PRECIADO,**<br>Defendant | Criminal Case No.: 08-CR-1456-LAB<br><br>**DECLARATION** |

I, Daniel Preciado, declare:

1. On April 13, 2008, I was a passenger in a vehicle driven by Kermit Pereda-Rebollo. I was seated in the front passenger seat of the truck Mr. Pereda-Rebollo was driving.

2. Mr. Pereda-Rebolla was driving along Highway 8 and was, to my knowledge, observing all traffic laws at the time.

3. At some point while we were traveling on Highway 8 when we were pulled over by a border patrol vehicle.

4. I believe there were other border patrol vehicles that approached our area and stopped along side the road once we were pulled over by the initial border patrol vehicle.

5. Once we were stopped, two border patrol agents approached the passenger side, where I was seated. I believe two other agents approached the driver's side of the truck.

6. Both myself and Mr. Pereda-Rebollo were ordered out of the vehicle.

7. One of the agents asked me for identification as well as the status of my citizenship. I informed the agents I was a legal resident but that I did not have my green card with me.

8. I was then searched and ordered into one of the border agents' vehicle. I believe Mr. Pereda-Rebolla was also searched and ordered into a separate vehicle.

9. I was told that I was under arrest at that time. The agents then began searching Mr. Pereda-Rebollo's vehicle.

10. The agents used dogs to sniff the vehicle Mr. Pereda-Rebollo was driving.

11. After the vehicle had been searched I was taken to an office located at the nearby checkpoint. I was subsequently questioned.

I declare under penalty of perjury that the above statements are true and correct to the best of my memory.

Dated: 6-23-08

Daniel Preciado