UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

vs.

Kermit Pereda-Rebollo, et Al

Defendant(s)

CRIMINAL NO. 08cr1456-LAB

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, Larry A. Burns

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Rosendo Guillen-Villa

DATED: 9/9/08

LARRY A. BURNS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED [signature] DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature]

Deputy Clerk

T. WASHAM

CLERK'S COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GOVERNMENT PRINTING OFFICE 2001: 681-886